# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAVIV AZIZBAYEV, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br>v.<br><br>TRANSWORLD SYSTEMS, INC. and JOHN DOES 1-25,<br><br>  Defendant(s). | Civil Action No.: 2:19-cv-05399-WJM-MF |

## JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), Plaintiff, Raviv Azizbayev, and Defendant, Transworld Systems, Inc. hereby jointly stipulate to the dismissal with prejudice of the Defendant, TSI, with each party is to bear their own fees and costs.

Date: April 14, 2020

| | |
|---|---|
| */s/ Yaakov Saks*<br>Yaakov Saks, Esq.<br>Sten Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>Telephone: (201) 282-6500<br>Facsimile: (201) 282-6501<br>Email: ysaks@stensakslegal.com<br><br>Attorneys for Plaintiff | */s/ Michael T. Sweeney*<br>Michael T. Sweeney, Esq.<br>SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.<br>1111 Manning Street<br>Philadelphia, PA 19107<br>Telephone: (215) 398-1653  <br>Facsímile: (877) 334-0661<br>Email: msweeney@sessions.legal<br><br>Attorneys for Defendant,<br>Transworld Systems, Inc. |

  SO ORDERED

  *s/William J. Martini*
  WILLIAM J. MARTINI, U.S.D.J.

Date: 4/15/20

**So Ordered**

_____
**Honorable William J. Martini, U.S.D.J.**
**Date:** _____